

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mingzhi Gao<br><br>Plaintiff,<br>V.<br>See Attachment<br><br>Defendant. | Civil Action No. 25-cv-02084-RSH-SBC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted pursuant to 8 USC 2241.

Date:    10/21/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Nyamanjiva
　　　　　　　　　　S. Nyamanjiva, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.25-cv-02084-RSH-SBC**

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center;

Joseph Freden, Acting Field Office Director, U.S. Immigration and Customs Enforcement;

Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement;

Kristi Noem, Secretary, U.S. Department of Homeland Security;

Pam Bondi, Attorney General of the United States